IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE KILFOY and DEANA KILFOY, individually and as owners of KIDFUN CHILDCARE and DOES 1-5,<br><br>Defendants. | CV 18-29-BLG-SPW-TJC<br><br><br>**ORDER** |

Plaintiff filed the Complaint on February 15, 2018. (Doc. 1.) More than 90 days have elapsed since the filing of the Complaint. Fed. R. Civ. P. 4 (m). To date, Plaintiff has not filed a proof of service. Local Rule 4.3(a) requires Plaintiff to do so. Accordingly,

IT IS ORDERED that counsel for Plaintiff shall appear, in writing, on or before October 16, 2018, to show cause, if any, why this case should not be dismissed for failure to effect service as required by Fed. R. Civ. P. 4(m).

**IT IS ORDERED**.

DATED this 1st day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge