IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>DALE KILFOY and DEANA KILFOY, individually and as owners of KIDFUN CHILDCARE and DOES 1-5,<br><br>Defendants. | CV-18-00029-BLG-SPW-TJC<br><br>ORDER OF DISMISSAL |

Pursuant to the Notice of Dismissal (Doc. 5) filed by Plaintiff American Bankers Insurance Company of Florida pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, that this action **is DISMISSED WITHOUT PREJUDICE**. All deadlines are vacated and any pending motions are denied as moot.

DATED this 1st day of October, 2018.

SUSAN P. WATTERS
United States District Court Judge

1